STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

VICTOR J RODRIGUEZ MORALES  Case No. 10-09329-ESL

Chapter 13  Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor [ ] Present [✓] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: November 12, 2010
Time: 8:30   Track: N/F
[ ] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: TBD
Creditors
Maria Lopez Diaz - Pro Se - DSO

## II. Oath Administered
[ ] Yes   [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____[ ] Returned
[ ] Federal Tax Returns_____[ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [✓] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[✓] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

VICTOR J RODRIGUEZ MORALES

Case No. 10-09329-ESL

Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

### VI. Plan (Cont.)
Date: October, 4, 2010   Base $ 15,600.00   [X] Filed   Evidence of Pmt shown: _____
Payments _0_ made out of _1_ due.   [ ] Not Filed

### VII. Confirmation Hearing Date: December, 29, 2010

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 376.00 = $ 2,624.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
[ ] Public Liability Insurance
[ ] Premises_____
[ ] Vehicle(s)_____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

### COMMENTS

Counsel informed debtor was unable to come since he has a medical appointment; however, this is his 2nd case and he was in prison for child support arrears. Child support recipient informed he has failed to make payments post-petition.

_____   Date: November 12, 2010
Trustee/Presiding Officer
                                                                                        (Rev.